UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brent Beckway

        Plaintiff(s),

v.

Deputy Paul DeShong, Does 1-10, inclusive, Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake

        Defendant(s).

No. C 07 5072

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/16/07

Signature _____

Counsel for Plaintiff Brent Beckway
(Plaintiff, Defendant, or indicate "pro se")