AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 10/11/07  15:07 Hrs.

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Douglas G. Newton
TITLE: Private Investigator

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:
Served upon clerk for Lake County Board of Supervisors.
Served on Georgine Hunt @ office of B.O.S.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/07

Signature of Server: Douglas H. Newton

Address of Server: 420 Hudson St. Suite I, Healdsburg, CA 95448

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case Number C07-5072