**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant PAUL DESHONG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BECKWAY, | Case No. C 07-5072 EMC |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| DEPUTY PAUL DESHONG, DOES 1 through 12, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff BRENT BECKWAY and Defendant DEPUTY PAUL DESHONG, by and through their undersigned counsel, that the time for Defendant DEPUTY PAUL DESHONG to respond to the Complaint shall be extended up to and including November 21, 2007.

Dated: 11-8-07

LAW OFFICES OF CHARLES F. BOURDON

By _____
Charles F. Bourdon
Attorney for Plaintiff

///
///

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

00541403.WPD

1 | Dated: November 8, 2007

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ Terence J. Cassidy
    Terence J. Cassidy
    Attorney for Defendant
    PAUL DESHONG

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00541403.WPD

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**