Baron J. Drexel, CBN 132529
Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, California 94607
Telephone: (510) 444-3184
Facsimile: (510) 444-3181
E-mail: drexlex@sbcglobal.net

Charles F. Bourdon, CBN 84782
Law Offices of Charles F. Bourdon
179 11th St, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Facsimile: (415) 865.0376
E-mail: bourdon@msn.com

Attorneys for Plaintiff Brent Beckway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Brent Beckway,<br><br>    Plaintiff,<br><br>vs.<br><br>Deputy Paul DeShong, Does 1 through 10, inclusive, Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake<br><br>    Defendants. | Case No.: C075072<br><br>**ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that the following attorney is associated in as co-counsel:

    Baron J. Drexel, CBN 132529

Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, CA 94607
Telephone: (510)-444-3184
Facsimile: (510)-444-3181

E-mail: drexlex@sbcglobal.net

Dated: December 12, 2007    LAW OFFICES OF CHARLES F. BOURDON

By: _____
Charles F. Bourdon

Acceptance of Association:

Dated: December 7, 2007    LAW OFFICES OF BARON J. DREXEL

By: _____
Baron J. Drexel

ASSOCIATION OF COUNSEL