# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Beckway,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>DeShong,<br><br>　　　　　　Defendant(s). | 07-05072 TEH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-05072 TEH                               -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 9, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05072 TEH                                        -2-

PROOF OF SERVICE

Case Name:        Beckway v. DeShong

Case Number:      07-05072 TEH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Charles Frederick Bourdon
> Law Offices of Charles F. Bourdon
> 179 11th Street, 2nd Floor
> San Francisco, CA 94103
> bourdon@msn.com
>
> Baron J. Drexel
> Law Offices of Baron J. Drexel
> 212 Ninth Street, Suite 401 - Penthouse
> Madison Square Professional Center
> Oakland, CA 94607
> drexlex@sbcglobal.net
>
> Terence J. Cassidy
> Porter Scott
> 350 University Avenue, Suite 200
> Sacramento, CA 95865
> tcassidy@porterscott.com
>
> Rodney K. Mitchell
> ,

County of Lake Sheriff's Department
,

Mark A. Jones
Jones & Dyer
1800 J Street
Sacramento, CA 95811
mjones@jonesdyer.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov