1  Charles F. Bourdon, CBN 84782
   Law Offices of Charles F. Bourdon
2  179 11th St, 2nd Floor
   San Francisco, CA 94103
3  Telephone: (415) 864-5100
   Facsimile: (415) 865.0376
4  E-mail: bourdon@msn.com

5
   Baron J. Drexel, CBN 132529
6  Law Offices of Baron J. Drexel
   212 Ninth Street, Suite 401
7  Oakland, California 94607
   Telephone: (510) 444-3184
8  Facsimile: (510) 444-3181
   E-mail: drexlex@sbcglobal.net
9

10 Attorneys for Plaintiff Brent Beckway

11

12

13                    UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

15
   Brent Beckway,                          Case No.: C075072
16
              Plaintiff,                   STIPULATION AND [PROPOSED]
17                                         ORDER SELECTING ADR PROCESS
        vs.
18
   Deputy Paul DeShong, Does 1 through 10,
19 inclusive, Sheriff Rodney K. Mitchell, County
   of Lake Sheriff's Department and County of
20 Lake

21            Defendants.
22

23

24

25
                                    - 1 -
                     Stipulation and Order Selecting ADR Process

1     Counsel report that they have met and conferred regarding ADR and have reached the

2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3 The parties agree to participate in the following ADR process:

4     Early Neutral Evaluation (ENE) (ADR L.R.5)

5 The parties agree to hold the ADR session by:

6     The presumptive deadline

8 Dated: 1/10/08     By: _____
9                                   Baron J. Drexel
                                    Co-Counsel for Plaintiff
10                                  Brent Beckway

12 Dated: 1/11/08     By: _____
                                    Mark A. Jones
13                                  Attorney for Defendants County of
                                  Lake, County of Lake Sheriff's
14                                  Department and Sheriff Rodney
                                 Mitchell

16 Dated: 1/11/08     By: /s/ Terence J. Cassidy
                                  Terence J. Cassidy
17                                  Attorney for Paul Deshong

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | It is so ordered. |
| 4 | |
| 5 | |
| 6 | Date: January ____, 2008     _____ |
| 7 | Judge of the U.S. District Court |

- 3