PROOF OF SERVICE

I, Michelle Lu, declare that, I am employed in the City of Oakland. I am over the age of eighteen years; my business address is 212 Ninth Street, Suite 401, Penthouse, Oakland, California 94607.

On January 14, 2008, I served a true copy of the following document(s) on the following addressee(s):

**Stipulation and [Proposed] Order Selecting ADR Process**

| Terence J. Cassidy | Mark A. Jones |
|---|---|
| 350 University Ave., Ste. 200 | Jones & Dyer |
| Sacramento, CA 95825 | A Professional Corporation |
| | 1800 J Street |
| | Sacramento, CA 95811 |

<u>Via Mail</u>: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in an envelope at the Law Office of Baron J. Drexel, 212 Ninth Street, Suite 401, Penthouse, Oakland, CA 94607, for collection and mailing with the United States Postal Service. The envelope was addressed to the above addressee(s). I am familiar with this offices practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 14, 2008, at Oakland, California.

        __Michelle Lu_____
          Michelle Lu