```
1  Charles F. Bourdon, CBN 84782
   Law Offices of Charles F. Bourdon
2  179 11th St, 2nd Floor
   San Francisco, CA 94103
3  Telephone: (415) 864-5100
   Facsimile: (415) 865.0376
4  E-mail: bourdon@msn.com
5
   Baron J. Drexel, CBN 132529
6  Law Offices of Baron J. Drexel
   212 Ninth Street, Suite 401
7  Oakland, California 94607
   Telephone: (510) 444-3184
8  Facsimile: (510) 444-3181
   E-mail: drexlex@sbcglobal.net
9
10 Attorneys for Plaintiff Brent Beckway
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Brent Beckway,<br><br>    Plaintiff,<br><br>vs.<br><br>Deputy Paul DeShong, Does 1 through 10, inclusive, Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake<br><br>    Defendants. | Case No.: C07 5072<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

- 1 -

Stipulation and Order Selecting ADR Process

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Early Neutral Evaluation (ENE) (ADR L.R.5)

The parties agree to hold the ADR session by:

The presumptive deadline

Dated: 1/10/08    By: _____
                  Baron J. Drexel
                  Co-Counsel for Plaintiff
                  Brent Beckway

Dated: 1/11/08    By: _____
                  Mark A. Jones
                  Attorney for Defendants County of
                  Lake, County of Lake Sheriff's
                  Department and Sheriff Rodney
                  Mitchell

Dated: 1/11/08    By: /s/ Terence J. Cassidy
                  Terence J. Cassidy
                  Attorney for Paul Deshong

-2-

Stipulation and Order Selecting ADR Process

**ORDER**

It is so ordered.

Date:  January __15__, 2008



_____
Judge of the U.S. District Court