**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendants County of Lake, County of Lake Sheriff's Department and
              Sheriff Rodney Mitchell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br><br>             Plaintiff ,<br><br>vs.<br><br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br><br>             Defendants.<br>_____ | NO.  C 07 5072 TEH<br><br>**REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:  January 28, 2008**<br>**Time:  1:30 p.m.**<br>**Dept:  Courtroom 12, 19th Floor** |

       Attorneys for defendants County of Lake, County of Lake Sheriff's Department and Sheriff

Rodney Mitchell hereby request that they be allowed to appear by telephone at the Further Case

Management Conference in the above matter, scheduled for January 28, 2007, at 1:30 p.m.  The

court will provide this office with a phone number to call, and we will initiate the call.

Dated:     January 18, 2008                    JONES & DYER

                                 By:     /s/ Kristen K. Preston
                                 MARK A. JONES
                                 KRISTEN K. PRESTON
                                 Attorneys for Defendants County of Lake,
                                 County of Lake Sheriff's Department, and
                                 Sheriff Rodney Mitchell