1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone:  (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for:  Defendants County of Lake, County of Lake Sheriff's Department and
                   Sheriff Rodney Mitchell
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA,

10                     SAN FRANCISCO DIVISION

11
   BRENT BECKWAY,                          ) NO.  C 07 5072 TEH
12                                         )
                          Plaintiff ,      ) **REQUEST FOR TELEPHONE**
13                                         ) **APPEARANCE AT CASE**
   vs.                                     ) **MANAGEMENT CONFERENCE**
14                                         )
   DEPUTY PAUL DESHONG, DOES 1 through 10, ) **Date:  January 28, 2008**
15 inclusive, SHERIFF RODNEY K. MITCHELL,  ) **Time:  1:30 p.m.**
   COUNTY OF LAKE SHERIFF'S DEPARTMENT     ) **Dept:  Courtroom 12, 19th Floor**
16 and COUNTY OF LAKE,                     )
                                           )
17                        Defendants.      )
                                           )
18 _____ )

19         Attorneys for defendants County of Lake, County of Lake Sheriff's Department and Sheriff

20 Rodney Mitchell hereby request that they be allowed to appear by telephone at the Case Management

21 Conference in the above matter, scheduled for January 28, 2007, at 1:30 p.m.  The court will provide

22 this office with a phone number to call, and we will initiate the call.

23 Dated:  ____January 18, 2008_____        JONES & DYER

24
                                           By: ____/s/ Kristen K. Preston_____
25                                             MARK A. JONES
                                               KRISTEN K. PRESTON
26                                             Attorneys for Defendants County of Lake,
                                               County of Lake Sheriff's Department, and
27                                             Sheriff Rodney Mitchell

28