**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone:  (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for:  Defendants County of Lake, County of Lake Sheriff's Department and
                        Sheriff Rodney Mitchell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br><br>                Plaintiff ,<br><br>vs.<br><br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br><br>                Defendants. | NO.  C 07 5072 TEH<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:    January 22, 2008

JONES & DYER


By:    /s/ Mark A. Jones
            MARK A. JONES
            KRISTEN K. PRESTON'

            Attorneys for Defendants County of Lake, County of Lake Sheriff's Department, and Sheriff Rodney Mitchell