```
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for:  Defendants County of Lake, County of Lake Sheriff's Department and
                Sheriff Rodney Mitchell
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br><br>                Plaintiff,<br><br>vs.<br><br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br><br>                Defendants. | NO.  C 07 5072 TEH<br><br>**REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 28, 2008<br>Time:  1:30 p.m.<br>Dept:  Courtroom 12, 19th Floor |

    Attorneys for defendants County of Lake, County of Lake Sheriff's Department and Sheriff Rodney Mitchell hereby request that they be allowed to appear by telephone at the Case Management Conference in the above matter, scheduled for January 28, 2008, at 1:30 p.m.  The court will provide this office with a phone number to call, and we will initiate the call.

Dated:  January 18, 2008          JONES & DYER

                                          By:  /s/ Kristen K. Preston
                                          MARK A. JONES
                                          KRISTEN K. PRESTON
                                          Attorneys for Defendants County of Lake,
                                          County of Lake Sheriff's Department, and
                                          Sheriff Rodney Mitchell

**IT IS SO ORDERED**
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
01/24/08

REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE
CASE NO. C-07-5072 TEH

-1-