**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant PAUL DESHONG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BECKWAY, | Case No. C 07-5072 TEH |
| Plaintiff, | |
| vs. | **DEFENDANT PAUL DESHONG'S REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| DEPUTY PAUL DESHONG, DOES 1 through 12, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE, | |
| Defendants. | DATE:    January 28, 2008<br>TIME:    1:30 P.M.<br>CTRM:    12, 19th Floor |
| _____/ | |

Attorneys for Defendant PAUL DESHONG hereby request that they be allowed to appear by telephone at the Case Management Conference in the above-matter, scheduled for January 28, 2008 at 1:30 p.m.  The court will provide this office with a phone number to call, and we will initiate the call, coordinating with counsel for Lake County Defendants.

Respectfully Submitted,

Dated:  January 24, 2008          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


By   /s/ John J. Whitefleet
     Terence J. Cassidy
     John R. Whitefleet
     Attorneys for Defendant PAUL DESHONG

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**Case No. C 07 5072 EMC**                   **REQUEST FOR TELEPHONE APPEARANCE**
00557030.WPD                                 **AT CASE MANAGEMENT CONFERENCE**