**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant PAUL DESHONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BECKWAY, | Case No. C 07-5072 TEH |
| Plaintiff, | |
| vs. | **DEFENDANT PAUL DESHONG'S REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| DEPUTY PAUL DESHONG, DOES 1 through 12, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE, | |
| | DATE: January 28, 2008 |
| | TIME: 1:30 P.M. |
| Defendants. | CTRM: 12, 19th Floor |

Attorneys for Defendant PAUL DESHONG hereby request that they be allowed to appear by telephone at the Case Management Conference in the above-matter, scheduled for January 28, 2008 at 1:30 p.m. The court will provide this office with a phone number to call, and we will initiate the call, coordinating with counsel for Lake County Defendants.

Respectfully Submitted,

Dated: January 24, 2008      PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ John J. Whitefleet
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendant PAUL DESHONG

IT IS SO ORDERED
Judge Thelton E. Henderson
01/25/08

Case No. C 07-5072 EMC
00557030.WPD

REQUEST FOR TELEPHONE APPEARANCE
AT CASE MANAGEMENT CONFERENCE