UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: January 28, 2008

**Case No:** C 07-05072 TEH

**Case Title**:  BRENT BECKWAY v. DEPUTY PAUL DeSHONG, et al.

**Appearances:**

    For Plaintiff(s): Charles Bourdon, Baron Drexel

    For Defendant(s): John Whitefleet, Kristen Preston

**Deputy Clerk**:  Rowena B. Espinosa         **Court Reporter**: not reported

## *PROCEEDINGS*

1. Telephonic Initial Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  ( ) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  (X) Continued to: **Monday, 03/03/08 at 1:30 PM for telephonic CMC**

## *SUMMARY*

- Parties shall file a joint CMC statement 7 days prior to the next hearing.
- Counsel shall proceed with the production of documents; no depositions shall be taken until the issue is revisited at the next hearing.
- The Court grants plaintiff's request for leave to file amended complaint.