Charles F. Bourdon, CBN 84782
Law Offices of Charles F. Bourdon
179 11th St, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Facsimile: (415) 865.0376
E-mail: bourdon@msn.com


Baron J. Drexel, CBN 132529
Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, California 94607
Telephone: (510) 444-3184
Facsimile: (510) 444-3181
E-mail: drexlex@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Brent Beckway,<br><br>Plaintiff,<br><br>vs.<br><br>Deputy Paul DeShong, Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake, and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No.: C075072<br><br>AMENDMENT TO COMPLAINT TO SUBSTITUTE TRUE NAME OF DOE DEFENDANT |

Upon filing the complaint herein, plaintiff being ignorant of the true name of defendant Deputy Richard Ward and having designated said defendant in the complaint by fictitious name, *viz.*, Doe 1, plaintiff hereby amends his complaint by inserting such true name in the place and

- 1 -

Civil Case No.: C075072; Amendment to Complaint to Substitute True Name of Doe Defendant

1 | stead of said fictitious name wherever it appears in said complaint.

2

3 | Dated: February 1, 2008                    Law Offices of Baron J. Drexel

4

5

6 |                                             By: _____
                                                  Baron J. Drexel
7                                                 Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Civil Case No.: C075072;  Amendment to Complaint to Substitute True Name of Doe Defendant

## PROOF OF SERVICE

I, Michelle Lu, declare that, I am employed in the City of Oakland. I am over the age of eighteen years; my business address is 212 Ninth Street, Suite 401, Penthouse, Oakland, California 94607.

On February 1, 2008, I served a true copy of the following document(s) on the following addressee(s):

**Amendment to Complaint to Substitute True Name of Doe Defendant**

Terence J. Cassidy                    Mark A. Jones
350 University Ave., Ste. 200         Jones & Dyer
Sacramento, CA 95825                  A Professional Corporation
                                      1800 J Street
                                      Sacramento, CA 95811

<u>Via Mail</u>: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in an envelope at the Law Office of Baron J. Drexel, 212 Ninth Street, Suite 401, Penthouse, Oakland, CA 94607, for collection and mailing with the United States Postal Service. The envelope was addressed to the above addressee(s). I am familiar with this offices practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 1, 2008, at Oakland, California.

_____
Michelle Lu

Proof of Service                        1