# UNITED STATES DISTRICT COURT

### Northern District of California

| Beckway, | 07-05072 TEH ENE |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| DeShong, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Edwin J. Wilson Jr.**
Lafayette & Kumagi, LLP
100 Spear St., Suite 600
San Francisco, CA 94105
415-357-4600

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05072 TEH ENE                          - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: February 7, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05072 TEH ENE                       - 2 -