Law Offices of Charles F. Bourdon
CHARLES F. BOURDON, SBN 84782
179 – 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Fax: (415) 865-0376
Email: bourdon@msn.com

Law Offices of Baron J. Drexel
BARON J. DREXEL, SBN 132529
212 Ninth Street, Suite 401
Oakland, CA 94607
Tel: (510) 444-3184
Fax: (510) 444-3181
Email: drexlex@sbcglobal.net

Attorneys for Plaintiff:
**BRENT BECKWAY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Brent Beckway,<br><br>    Plaintiff,<br><br>vs.<br><br>Deputy Paul DeShong, et al.,<br><br>    Defendants. | Case No: C 07 5072 TEH<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEPUTY RICHARD WARD, LAKE COUNTY SHERIFF'S DEPARTMENT** |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 2/12/08

Service of the Summons and Complaint was made by me [1]

Name of SERVER: DOUGLAS G. NEWTON    TITLE: Private Investigator

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally Served "Chief Deputy" Russell Perdock who accepted service for Deputy WARD @ Lake County Sheriff's Office located at 1220 Martin Street, Lakeport CA.

### STATEMENT OF SERVICE FEES

TRAVEL: 108 miles = $54.00
Travel time 2.4 hrs = $90.00

SERVICES: Fee $50.00

TOTAL: $194.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/26/08
Date

Signature of Server

Address of Server: 420 Hudson St. Suite I, Healdsburg, CA 95448

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure