UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: March 3, 2008

**Case No:** C 07-05072 TEH

**Case Title**: BRENT BECKWAY v. DEPUTY PAUL DESHONG, et al.

**Appearances:**

    For Plaintiff(s): Charles Bourdon, Baron Drexel

    For Defendant(s): John Whitefleet [by phone], Mark Jones

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

### SUMMARY

- Plaintiff's counsel to file a letter brief re: further discovery issues with the Court. Defense counsel shall respond within 5 days. Parties shall request for a telephone conference on an agreed upon date.