1 | Charles F. Bourdon, SBN 84782
    LAW OFFICES OF CHARLES F. BROUDON
2 | 179 11th Street, 2nd Floor
    San Francisco, CA 94103
3 | (415) 864-5100
    (415) 865-0376 (Fax)
4 | bourdon@msn.com

5 | Baron J. Drexel, SBN 132529
    LAW OFFICES OF BARON J. DREXEL
6 | 212 Ninth Street, Suite 401
    Oakland, CA 94607
7 | (510) 444-3184
    (510) 444-3181 (Fax)
8 | drexlex@sbcglobal.net
    Attorneys for Plaintiff BRENT BECKWAY
9 |
10 | Mark A. Jones, SBN 96494
     Kristen K. Preston, SBN 125455
11 | JONES & DYER
     1800 J Street
12 | Sacramento, CA 95811
     (916) 552-5959
13 | (916) 442-5959 (Fax)
     mjones@jonesdyer.com
14 | Attorneys for Defendants SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE

15 | **PORTER | SCOTT**
     A PROFESSIONAL CORPORATION
16 | Terence J. Cassidy, SBN 99180
     John R. Whitefleet, SBN 213301
17 | 350 University Ave., Suite 200
     Sacramento, California 95825
18 | TEL: 916.929.1481
     FAX: 916.927.3706
19 | Attorneys for Defendant PAUL DESHONG

20 | **UNITED STATES DISTRICT COURT**
     **NORTHERN DISTRICT OF CALIFORNIA**
21 |

| | |
|---|---|
| 22 BRENT BECKWAY, | Case No. C 07-5072 EMC |
| Plaintiff, | |
| 23 | **STIPULATION TO VACATE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER** |
| 24 vs. | |
| 25 DEPUTY PAUL DESHONG, DOES 1 through 12, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE, | |
| 26 | |
| 27 Defendants. | |
| 28 _____ / | |

1    IT IS HEREBY STIPULATED and agreed by and between Plaintiff BRENT
2  BECKWAY, Defendants COUNTY OF LAKE, COUNTY OF LAKE SHERIFF'S
3  DEPARTMENT, SHERIFF RODNEY K. MITCHELL, and DEPUTY PAUL DESHONG,
4  by and through their respective counsel, following discussions with an Alternative Dispute
5  Resolution Program ("ADR") Staff Attorney, the deadline for the parties to complete ADR
6  via Early Neutral Evaluation as set forth in the Order dated January 15, 2008 (Docket Entry
7  No. 18), should be vacated, to be reset at a date to be determined in the future.

8  Dated: March 21, 2008              LAW OFFICES OF CHARLES F. BOURDON

9                                     /s/ Charles F. Bourdon

10                                    By _____
                                      Charles F. Bourdon
11                                    Attorney for Plaintiff

12 Dated: March 21, 2008              JONES & DYER

13
                                      /s/ Kristen Preston
14                                    By _____
                                      Mark A. Jones
15                                    Kristen Preston
                                      Attorney for Defendants SHERIFF
16                                    RODNEY K. MITCHELL, COUNTY OF
                                      LAKE SHERIFF'S DEPARTMENT and
17                                    COUNTY OF LAKE

18 Dated: March 21, 2008              PORTER SCOTT
19                                    A PROFESSIONAL CORPORATION

20
                                      /s/ John R. Whitefleet
21                                    By _____
                                      Terence J. Cassidy
22                                    John R. Whitefleet
                                      Attorneys for Defendant
23                                    PAUL DESHONG

24 ///
25 ///
26 ///
27 ///
28 ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00569890.WPD

2
STIPULATION TO VACATE DEADLINE TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION; ORDER

**ORDER**

GOOD CAUSE APPEARING, the deadline for the parties to complete Alternative Dispute Resolution Program via Early Neutral Evaluation as set forth in the Order dated January 15, 2008 (Docket Entry No. 18), is hereby vacated, to be reset at a date to be determined in the future.

IT IS SO ORDERED.

Dated: _____

Hon. Thelton E. Henderson
United States Judge
Northern District of California

3
STIPULATION TO VACATE DEADLINE TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION; ORDER
00569890.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com