1  Charles F. Bourdon, SBN 84782
   LAW OFFICES OF CHARLES F. BROUDON
2  179 11th Street, 2nd Floor
   San Francisco, CA 94103
3  (415) 864-5100
   (415) 865-0376 (Fax)
4  bourdon@msn.com

5  Baron J. Drexel, SBN 132529
   LAW OFFICES OF BARON J. DREXEL
6  212 Ninth Street, Suite 401
   Oakland, CA 94607
7  (510) 444-3184
   (510) 444-3181 (Fax)
8  drexlex@sbcglobal.net
   Attorneys for Plaintiff BRENT BECKWAY
9

10 Mark A. Jones, SBN 96494
   Kristen K. Preston, SBN 125455
11 JONES & DYER
   1800 J Street
12 Sacramento, CA 95811
   (916) 552-5959
13 (916) 442-5959 (Fax)
   mjones@jonesdyer.com
14 Attorneys for Defendants SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE

15 **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
16 Terence J. Cassidy, SBN 99180
   John R. Whitefleet, SBN 213301
17 350 University Ave., Suite 200
   Sacramento, California 95825
18 TEL: 916.929.1481
   FAX: 916.927.3706
19 Attorneys for Defendant PAUL DESHONG

20          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
21

22  BRENT BECKWAY,                    Case No. C 07-5072 TEH

         Plaintiff,
23
                                      **STIPULATION TO VACATE
24  vs.                               DEADLINE TO COMPLETE
                                      ALTERNATIVE DISPUTE
25  DEPUTY PAUL DESHONG, DOES 1       RESOLUTION; [PROPOSED] ORDER**
    through 12, inclusive, SHERIFF
26  RODNEY K. MITCHELL, COUNTY OF
    LAKE SHERIFF'S DEPARTMENT and
27  COUNTY OF LAKE,

28       Defendants.
    _____/

                                   1
                 STIPULATION TO VACATE DEADLINE TO COMPLETE
    00569890.WPD   ALTERNATIVE DISPUTE RESOLUTION; ORDER

1    IT IS HEREBY STIPULATED and agreed by and between Plaintiff BRENT
2 BECKWAY, Defendants COUNTY OF LAKE, COUNTY OF LAKE SHERIFF'S
3 DEPARTMENT, SHERIFF RODNEY K. MITCHELL, and DEPUTY PAUL DESHONG,
4 by and through their respective counsel, following discussions with an Alternative Dispute
5 Resolution Program ("ADR") Staff Attorney, the deadline for the parties to complete ADR
6 via Early Neutral Evaluation as set forth in the Order dated January 15, 2008 (Docket Entry
7 No. 18), should be vacated, to be reset at a date to be determined in the future.

8  Dated: March 21, 2008                LAW OFFICES OF CHARLES F. BOURDON

9                                        /s/ Charles F. Bourdon

10                                       By _____
11                                          Charles F. Bourdon
                                            Attorney for Plaintiff

12 Dated: March 21, 2008                 JONES & DYER

13
                                         /s/ Kristen Preston
14                                       By _____
                                            Mark A. Jones
15                                          Kristen Preston
                                            Attorney for Defendants SHERIFF
16                                          RODNEY K. MITCHELL, COUNTY OF
                                            LAKE SHERIFF'S DEPARTMENT and
17                                          COUNTY OF LAKE

18 Dated: March 21, 2008                 PORTER SCOTT
19                                       A PROFESSIONAL CORPORATION

20
                                         /s/ John R. Whitefleet
21                                       By _____
                                            Terence J. Cassidy
22                                          John R. Whitefleet
                                            Attorneys for Defendant
23                                          PAUL DESHONG

24 ///
25 ///
26 ///
27 ///
28 ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00569890.WPD

2
STIPULATION TO VACATE DEADLINE TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION; ORDER

1  **<u>ORDER</u>**

2  GOOD CAUSE APPEARING, the deadline for the parties to complete Alternative
3  Dispute Resolution Program via Early Neutral Evaluation as set forth in the Order dated
4  January 15, 2008 (Docket Entry No. 18), is hereby vacated, to be reset at a date to be
5  determined in the future.

7  IT IS SO ORDERED.

9  Dated:  03/24/08



Hon. Thelton E. Henderson
United States Judge
Northern District of California

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00569890.WPD

3

STIPULATION TO VACATE DEADLINE TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION; ORDER