IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

      Plaintiff,

v.

DEPUTY PAUL DESHONG,

      Defendant.

No. C 07-05072 TEH

**Clerk's Notice Scheduling Case Management Conference**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled a *Case Management Conference* for **Monday, 07/28/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior parties shall submit a joint case management conference statement.

Dated: July 14, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk