1   **JONES & DYER**
    **A Professional Corporation**
2   **1800 J Street**
    **Sacramento, California 95811**
3   **Telephone:  (916) 552-5959**
    **Fax: (916) 442-5959**
4
    **MARK A. JONES, State Bar #96494**
5   **KRISTEN K. PRESTON, State Bar #125455**

6   Attorneys for:  Defendants County of Lake, County of Lake Sheriff's Department and
                    Sheriff Rodney Mitchell
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA,

10                    SAN FRANCISCO DIVISION

11
    BRENT BECKWAY,                          )  NO.  C 07 5072 TEH
12                                          )
                           Plaintiff ,      )  **REQUEST FOR TELEPHONE**
13                                          )  **APPEARANCE AT CASE**
    vs.                                     )  **MANAGEMENT CONFERENCE**
14                                          )
    DEPUTY PAUL DESHONG, DOES 1 through 10, )  **Date:   July 28, 2008**
15  inclusive, SHERIFF RODNEY K. MITCHELL,  )  **Time:  1:30 p.m.**
    COUNTY OF LAKE SHERIFF'S DEPARTMENT     )  **Dept:  Courtroom 12, 19ᵗʰ Floor**
16  and COUNTY OF LAKE,                     )
                                            )
17                         Defendants.      )
                                            )
18  _____ )

19          Attorneys for defendants County of Lake, County of Lake Sheriff's Department and Sheriff

20  Rodney Mitchell hereby request that they be allowed to appear by telephone at the Case Management

21  Conference in the above matter, scheduled for July 28, 2007, at 1:30 p.m.  The court will provide

22  this office with a phone number to call, and we will initiate the call.

23  Dated:  _____July 17, 2008_____        JONES & DYER

24
                                        By:  ____/s/ Kristen K. Preston_____
25                                           MARK A. JONES
                                             KRISTEN K. PRESTON
26                                           Attorneys for Defendants County of Lake,
                                             County of Lake Sheriff's Department, and
27                                           Sheriff Rodney Mitchell

28

                **REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**
                                **CASE NO. C-07-5072 TEH**