IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

        Plaintiff,

v.

DEPUTY PAUL DESHONG,

        Defendant.

No. C 07-05072 TEH

**Clerk's Notice
Rescheduling Hearing**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Case Management Conference* previously set for 07/28/08 at 1:30 PM has been rescheduled for **Monday, 10/06/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

The parties' request to participate by telephone is granted by the Court. They shall contact the undersigned to obtain the number to call for the conference.

Dated: July 23, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    R. B. Espinosa
    Deputy Clerk