Baron J. Drexel, CBN 132529
Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, CA 94607

Telephone: 510-444-3184
Facsimile: 510-444-3181

Attorney for Plaintiff

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BECKWAY, BRENT JAMES, <br><br>  Plaintiff, <br><br> vs. <br><br> DEPUTY PAUL DESHONG, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE <br><br> Defendants. | Case No.: C 07 5072 THE <br><br> NOTICE OF UNAVAILABILITY OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that commencing August 18, 2008 up to August 25, 2008, BARON J. DREXEL, will be unavailable for any purpose whatsoever, including but not limited to, receiving notice of any kind, responding to ex parte applications, appearing in court, attending depositions, responding to discovery requests, or for any other purpose.

Purposefully scheduling a conflict proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.

Dated: July 28, 2008                     LAW OFFICES OF BARON J. DREXEL

                                         By: /s/ Baron J. Drexel
                                             Baron J. Drexel
                                             Attorney for Plaintiff

- 1 -