ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

July 28, 2008

Charles Frederick Bourdon
Law Offices of Charles F. Bourdon
179 11th Street, 2nd Floor
San Francisco, CA 94103
415-864-5100

Terence J. Cassidy
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95865
916-929-1481

Kristen K. Preston
Jones & Dyer
A Professional Corporation
1800 J Street
Sacramento,, CA 95811
916-552-5959

Re:   Beckway v. DeShong
      Case No. C 07-05072 TEH ENE

Dear Counsel:

The ADR Program would like to convene a conference call with a member of our legal staff to discuss the ENE referral. We would like to schedule this for **Wednesday, August 6, 2008 at 9:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator