1  Charles F. Bourdon, CBN 84782
   Law Offices of Charles F. Bourdon
2  179 11th St, 2nd Floor
   San Francisco, CA 94103
3  Telephone: (415) 864-5100
   Facsimile:  (415) 865.0376
4  E-mail:  bourdon@msn.com

5

6  Baron J. Drexel
   Law Offices of Baron J. Drexel
7  212 Ninth Street, Ste.401-Penthouse
   Oakland, CA 94607
8  Telephone: (510) 444-3184
   Facsimile: (510) 444-3181
9  E-mail:  drexlex@sbcglobal.net

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15 | BRENT BECKWAY,                                    ) NO. C 07 5072 TEH
                                                      )
16 |                            Plaintiff ,           ) STIPULATION FOR CONTINUED
                                                      ) CASE MANAGEMENT CONFERENCE
17 | vs.                                              )
                                                      )
18 | DEPUTY PAUL DESHONG, DOES 1 through 10,          )
   | inclusive, SHERIFF RODNEY K. MITCHELL,           )
19 | COUNTY OF LAKE SHERIFF'S DEPARTMENT              )
   | and COUNTY OF LAKE,                              )
20 |                                                  )
   |                            Defendants.           )
21 | _____            )

22

23   It is hereby stipulated by and between all the parties to this action by and through their respective

attorneys of record, that the Case Management Conference scheduled for June 8, 2009 be rescheduled

24

to August 24, 2009 at 1:30 p.m.

25

26

Dated: June 2, 2009                    LAW OFFICES OF CHARLES F. BOURDON

27

28

Stipulation for Continued Case Management Hearing
CASE NO. C-07-5072

S:\CIVIL CLIENTS\Beckway v. De Shong et. al\stipultion for rescheduling cmc#1.wpd          -1-

|     |     |     |
| --- | --- | --- |
| 1   |     | By:    /s/Charles F. Bourdon |
| 2   |     | CHARLES F. BOURDON |
|     |     | Attorneys for Plaintiff |
| 3   |     |     |
| 4   | Dated: June 2, 2009 | LAW OFFICES OF BARON J. DREXEL |
| 5   |     | By:    /s/Baron J. Drexel |
|     |     | BARON J. DREXEL |
| 6   |     | Attorney for Plaintiff |

Dated: June 2, 2009        JONES & DYER

By:   /s/ Kristen Preston
Kristen Preston
Attorneys for Defendants County of County of Lake, County of Lake Sheriff's Department and Sheriff Rodney Mitchell, Deputy Richard Ward

Dated: June 2, 2009        PORTER SCOTT

By:    /s/John R. Whitefleet

JOHN R. WHITEFLEET
for Defendant Paul DeShong

---

1
2  **ORDER**
3     The Court having considered the foregoing stipulation of the parties, and good cause appearing,
4  the Court hereby orders that the Case Management Conference shall be rescheduled to August 24, 2009
5  at 1:30 p.m.
6
7
8  Dated: ____06/05/09_____            _____
9                                                HON. THELTON E. HENDERSON
                                                  United States Fed...
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28