Charles F. Bourdon, CBN 84782
Law Offices of Charles F. Bourdon
179 11th St, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Facsimile: (415) 865.0376
E-mail: bourdon@msn.com

Baron J. Drexel
Law Offices of Baron J. Drexel
212 Ninth Street, Ste.401-Penthouse
Oakland, CA 94607
Telephone: (510) 444-3184
Facsimile: (510) 444-3181
E-mail: drexlex@sbcglobal.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BRENT BECKWAY,

     Plaintiff,

vs.

DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,

     Defendants.

NO. C 07 5072 TEH

STIPULATION FOR CONTINUED CASE MANAGEMENT CONFERENCE

  The pending criminal action in Lake County is set to commence on September 1, 2009. There is only one subject area in which plaintiff believes that discovery could go forward if the criminal case is not completed. (*Monell* discovery). The defense disagrees. Given that the criminal case will be completed shortly, which will therefore terminate all bases for the stay in this action, and that there has been no change in the case since the last Case Management Conference, the parties believe that it is in the best interest of all parties and a better use of court time to postpone the existing Case Mangement Conference date.

Stipulation for Continued Case Management Hearing
CASE NO. C-07-5072

-1-

\\Lawserver\e_lawserver\LOBJD\CIVIL CLIENTS\Beckway v. De Shong et. al\stipultion for rescheduling cmc 8.14.wpd

It is, therefore, stipulated by and between all the parties to this action by and through their respective attorneys of record, that the Case Management Conference scheduled for August 24, 2009 be rescheduled to October 5, 2009 at 1:30 p.m.

Dated: August 13, 2009          LAW OFFICES OF CHARLES F. BOURDON

                                By:      /s/
                                    CHARLES F. BOURDON
                                    Attorneys for Plaintiff

Dated: August 13, 2009          LAW OFFICES OF BARON J. DREXEL

                                By:      /s/
                                    BARON J. DREXEL
                                    Attorney for Plaintiff

Dated: August 14, 2009          JONES & DYER

                                By:      /s/
                                    Kristen Preston
                                    Attorneys for Defendants County of County of Lake, County of Lake Sheriff's Department and Sheriff Rodney Mitchell, Deputy Richard Ward

Dated: August 14, 2009          PORTER SCOTT

                                By:      /s/
                                    JOHN R. WHITEFLEET
                                    for Defendant Paul DeShong

## **ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the Case Management Conference shall be rescheduled to October 5, 2009 at 1:30 p.m.

Dated: 08/17/09

HON. THELTON E. HENDERSON
United States Federal Judge

*Judge Thelton E. Henderson (signature and seal of United States District Court, Northern District of California)*