CHARLES F. BOURDON, State Bar #84782
Law Offices of Charles F. Bourdon
179 - 11th Street, 2nd Floor
San Francisco, CA 94103
415-864-5100
415-865-0376 (fax)

BARON J. DREXEL, State Bar #132529
Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, CA 94607
510-444-3184 (phone)
510-444-3181 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BRENT BECKWAY,
          Plaintiff,

vs.

DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,
          Defendants.

Case No. CV 07-05072 ~~EMC~~ TEH

STIPULATION FOR CONTINUED CASE MANAGEMENT CONFERENCE AND ORDER THEREON

Since the last communication with this Court, the pending criminal action in Lake County was reset to commence on October 27, 2009. There is only one subject area in which plaintiff believes that discovery could go forward if the criminal case is not completed. (Monell discovery). The defense disagrees. Given that the criminal case will be completed shortly,

1

which will therefore terminate all bases for the stay in this action, and that there has been no change in the case since the last Case Management Conference, the parties believe that it is in the best interest of all parties and a better use of court time to postpone the existing Case Management Conference Date.

It is, therefore, stipulated by and between all the parties to this action by and through their respective attorneys of record, that the Case Management Conference scheduled for October 5, 2009 be rescheduled to a date after November 23, 2009.

Dated: September 29, 2009  LAW OFFICE OF CHARLES F. BOURDON

By: _____/s/_____
CHARLES F. BOURDON
Attorneys for Plaintiff

Dated: September 29, 2009  LAW OFFICES OF BARON J. DREXEL

By: _____/S/_____
BARON J. DREXEL
Attorney for Plaintiff

Dated: September 29, 2009  JONES & DYER

By: _____/s/_____
KRISTEN PRESTON

Dated: September 29, 2009  PORTER SCOTT

By: _____/s/_____
JOHN R. WHITEFLEET
for Defendant Paul DeShong

2

Stipulation Re Continued Status Hearing and Order Thereon
Beckway v. Deshong, CV-07-05072

**ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the Case Management Conference shall be rescheduled to _____December 7, 2009_____ at __1:30 PM_____.

It is so ordered.

Date: ~~September~~ October 1, 2009, ~~2009~~



The Honorable Thelton E. Henderson
Judge of the U.S. District Court

The parties shall file a joint case management conference statement on or before November 30, 2009.