PORTER | SCOTT
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant PAUL DESHONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

    Plaintiff,

vs.

DEPUTY PAUL DESHONG, DOES 1 through 12, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,

    Defendants.

Case No. C 07-5072 TEH

[PROPOSED] ORDER FOR EXTENSION FO TIME TO FILE MOTION FOR JUDGMENT ON THE PLEADINGS

DATE: March 1, 2010
TIME: 1:30 p.m.
CTRM: 12

It is HEREBY ORDERED that Defendants PAUL DESHONG, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT, and COUNTY OF LAKE will have up to and including February 25, 2010 to submit papers for their motion for judgment on the pleadings.

IT IS SO ORDERED.

The Honorable Thelton E. Henderson
United States District Judge

01/25/10

Case No. C 07 5072 EMC
00753647.WPD

1

[PROPOSED] ORDER