```
 1  JONES & DYER
    A Professional Corporation
 2  1800 J Street
    Sacramento, California 95811
 3  Telephone: (916) 552-5959
    Fax: (916) 442-5959
 4
    MARK A. JONES, State Bar #96494
 5  KRISTEN K. PRESTON, State Bar #125455

 6  Attorneys for: Defendants County of Lake, County of Lake Sheriff's Department,
                   Sheriff Rodney Mitchell and Deputy Richard Ward
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br><br>                 Plaintiff,<br><br>vs.<br><br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br><br>                 Defendants. | NO. C 07 5072 TEH<br><br>**STIPULATION AND ORDER FOR CONTINUED CASE MANAGEMENT CONFERENCE** |

The Case Management Conference in the above matter is presently scheduled for March 1, 2010. On January 25, 2010, the court ordered that the parties will have up to and including February 25, 2010 to submit papers for their Motion for Judgment on the Pleadings. Defendants have filed their Motions for Judgment on the Pleadings and the hearing on those motions is set for April 19, 2010. Due to a scheduling conflict, the parties stipulate to continue the hearing on the Motion for Judgment on the Pleadings to April 26, 2010. In accordance with the court's previous order that the Case Management Conference shall follow the motion hearing, it is hereby further stipulated by and between the parties that the Case Management Conference scheduled for March 1, 2010 shall be continued to **April 26, 2010 at 10:00 a.m.**, and shall follow the motion hearing.

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. C-07-5072**

-1-

H:\MAJ.cases\Beckway v. Lake County\Pleadings\Stip & Order Cont'g CMC.wpd

Dated: February 25, 2010

                LAW OFFICES OF CHARLES F. BOURDON

                By: /s Charles F. Bourdon
                     CHARLES F. BOURDON
                     Attorneys for Plaintiff

Dated: February 25, 2010

                LAW OFFICES OF BARON J. DREXEL

                By: /s Baron J. Drexel
                     BARON J. DREXEL
                     Attorney for Plaintiff

Dated: February 25, 2010

                JONES & DYER

                By: /s Kristen K. Preston
                     KRISTEN K. PRESTON
                     Attorneys for Defendants County of Lake,
                     County of Lake Sheriff's Department, and
                     Sheriff Rodney Mitchell

Dated: February 25, 2010

                PORTER SCOTT

                By: /s John R. Whitefleet
                     JOHN R. WHITEFLEET
                     Attorneys for Defendant Paul DeShong

**ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the hearing on Defendants' Motion for Judgment on the Pleadings be continued to April 26, 2010 at 10:00 a.m., and the Case Management Conference shall also be continued to April 26, 2010, at 10:00 a.m. following the hearing on defendants' motions.

Dated: 02/26/10

HON. THELTON E. HENDERSON
United States Federal Judge

