**CHARLES F. BOURDON, State Bar #84782**
**Law Offices of Charles F. Bourdon**
**179 - 11th Street, 2nd Floor**
**San Francisco, CA 94103**
**415-864-5100**
**415-865-0376 (fax**)

**BARON J. DREXEL, State Bar #132529**
**Law Offices of Baron J. Drexel**
**212 Ninth Street, Suite 401**
**Oakland, CA 94607**
**510-444-3184 (phone)**
**510-444-3181 (fax)**

Attorneys for Plaintiff

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**
**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

Attorneys for: Defendants County of Lake, County of Lake Sheriff's Department, Sheriff Rodney Mitchell and Deputy Richard Ward

**TERENCE J. CASSIDY,    State Bar #99180**
**JOHN R. WHITEFLEET, State Bar #213301**
**PORTER | SCOTT**
**350 University Avenue, Suite 200**
**Sacramento, California 95825**
**Telephone: (916) 929-1481**
**Fax: (916) 927-3706**

Attorneys for: Defendant Deputy Paul DeShong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br>　　　　　　　　　Plaintiff ,<br>vs.<br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br>　　　　　　　　　Defendants. | NO.  C 07 5072 TEH<br><br>**STIPULATION AND ORDER FOR REFERRAL TO MEDIATION** |

**STIPULATION AND ORDER FOR REFERRAL TO MEDIATION**
**CASE NO. C-07-5072 TEH**

This case was originally set through the ADR program for Early Neutral Evaluation. The case was thereafter stayed pending the outcome of defendants' motion for judgment on the pleadings, and the court recently filed its order with respect to defendants' motion. Counsel for the parties held an ADR conference with the ADR administrator, Howard Herman, on May 26, 2010. At the ADR conference, the parties and Mr. Herman agreed that mediation at this stage of the case would be a more appropriate ADR process than Early Neutral Evaluation. Accordingly, the parties, by and through their respective counsel, stipulate and request that the court order that this case be removed from the referral to Early Neutral Evaluation and referred to mediation through the court's ADR program. The parties wish to complete certain discovery, including depositions of plaintiff and defendants, prior to mediation. Due to trial and vacation schedules, such discovery will likely not be completed until August 2010. Accordingly, the parties further stipulate and request that the court order that the mediation be completed by September 30, 2010.

Dated:   May 28, 2010          LAW OFFICES OF BARON J. DREXEL

                               By:   /s Baron J. Drexel
                                     BARON J. DREXEL
                                     Attorney for Plaintiff


Dated:   May 28, 2010          JONES & DYER

                               By:   /s/ Mark A. Jones
                                     MARK A. JONES
                                     Attorneys for Defendants County of Lake,
                                     County of Lake Sheriff's Department, Sheriff
                                     Rodney Mitchell and Deputy Richard Ward


Dated:   May 28, 2010          PORTER SCOTT

                               By:   /s John R. Whitefleet
                                     JOHN R. WHITEFLEET
                                     Attorneys for Defendant Paul DeShong

**STIPULATION AND ORDER FOR REFERRAL TO MEDIATION**
**CASE NO. C-07-5072 TEH**

**ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the prior referral of this matter to Early Neutral Evaluation is vacated, and the case is hereby referred to mediation through the court's ADR program. The court further orders that the mediation is to be completed on or before September 30, 2010.

Dated: 06/04/10

HON. THELTON E. HENDERSON
United States Federal Judge

Judge Thelton E. Henderson