1  **CHARLES F. BOURDON, State Bar #84782**
   **Law Offices of Charles F. Bourdon**
2  **179 - 11th Street, 2nd Floor**
   **San Francisco, CA 94103**
3  **415-864-5100**
   **415-865-0376 (fax**)
4
   **BARON J. DREXEL,  State Bar #132529**
5  **Law Offices of Baron J. Drexel**
   **212 Ninth Street, Suite 401**
6  **Oakland, CA 94607**
   **510-444-3184 (phone)**
7  **510-444-3181 (fax)**

8  Attorneys for Plaintiff

9  **MARK A. JONES, State Bar #96494**
   **KRISTEN K. PRESTON, State Bar #125455**
10 **JONES & DYER**
   **A Professional Corporation**
11 **1800 J Street**
   **Sacramento, California 95811**
12 **Telephone:  (916) 552-5959**
   **Fax: (916) 442-5959**
13
   Attorneys for:  Defendants County of Lake, County of Lake Sheriff's Department,
14         Sheriff Rodney Mitchell and Deputy Richard Ward

15 **TERENCE J. CASSIDY,    State Bar #99180**
   **JOHN R. WHITEFLEET, State Bar #213301**
16 **PORTER | SCOTT**
   **350 University Avenue, Suite 200**
17 **Sacramento, California 95825**
   **Telephone: (916) 929-1481**
18 **Fax: (916) 927-3706**

19 Attorneys for: Defendant Deputy Paul DeShong

20
                     UNITED STATES DISTRICT COURT
21
            NORTHERN DISTRICT OF CALIFORNIA,  SAN FRANCISCO DIVISION
22

| | |
|---|---|
| 23  BRENT BECKWAY,<br>                                    Plaintiff ,<br>24  vs.<br>25  DEPUTY PAUL DESHONG, DOES 1 through 10,<br>inclusive, SHERIFF RODNEY K. MITCHELL,<br>    COUNTY OF LAKE SHERIFF'S DEPARTMENT<br>26  and COUNTY OF LAKE,<br>27                                    Defendants.<br>    ─────────────────────────────── | )  NO.  C 07 5072 TEH<br>)<br>)  **STIPULATION AND ORDER FOR**<br>)  **CONTINUANCE OF CASE**<br>)  **MANAGEMENT CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>) |

28

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO. C-07-5072 TEH**

H:\MAJ.cases\Beckway v. Lake County\Pleadings\Stip and Order Cont CMC 6-10.wpd

- 1 -

1    On June 10, 2010, the Court issued an order granting Defendants' leave to file a motion for reconsideration (Docket No. 100) of the Court's prior Order regarding Defendants' Motion for Judgment on the Pleadings (Docket No. 89).  Pursuant to the Court's Order, briefing on the motion for reconsideration is to be completed on or before July 7, 2010, after which the Court will issue its order on the motion.

    A Case Management Conference is presently scheduled for June 21, 2010, at 1:30 p.m.  The parties believe that it is in the best interest of the parties and more expeditious use of the Court's time to continue the Case Management Conference to a date following the Court's ruling on Defendants' motion for reconsideration.

    It is therefore stipulated by and between all the parties to this action by and through their respective attorneys of record that the Case Management Conference scheduled for June 21, 2010, at 1:30 p.m. be continued to August 2, 2010, at 1:30 p.m.

Dated: June 16, 2010        LAW OFFICES OF CHARLES F. BOURDON

                            By:    /s/ Charles F. Bourdon
                                   CHARLES F. BOURDON
                                   Attorneys for Plaintiff

Dated:  June 16, 2010       LAW OFFICES OF BARON J. DREXEL

                            By:    /s/ Baron J. Drexel
                                   BARON J. DREXEL
                                   Attorney for Plaintiff

Dated:  June 16, 2010       JONES & DYER

                            By:    /s/ Kristen K. Preston
                                   KRISTEN PRESTON
                                   Attorneys for Defendants County of County of Lake,
                                   County of Lake Sheriff's Department and Sheriff
                                   Rodney Mitchell, Deputy Richard Ward

Dated:  June 16, 2010       PORTER SCOTT

                            By:    /s/ John R. Whitefleet
                                   JOHN R. WHITEFLEET
                                   Attorneys for for Defendant Paul DeShong

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO. C-07-5072 TEH**

1

2 **ORDER**

3     The Court having considered the foregoing stipulation of the parties, and good cause

4 appearing, the Court hereby orders that the Case Management Conference shall be continued to

5 August 2, 2010 at 1:30 p.m.

6 Dated: _____06/17/10_____   _____

7                                                                HON. THELTON E. HENDERSON
                                                                United States Federal Judge