| | |
|---|---|
| 1 | **CHARLES F. BOURDON**, State Bar #84782 |
|   | Law Offices of Charles F. Bourdon |
| 2 | 179 - 11th Street, 2nd Floor |
|   | San Francisco, CA 94103 |
| 3 | 415-864-5100 |
|   | 415-865-0376 (fax) |
| 4 | |
|   | **BARON J. DREXEL**, State Bar #132529 |
| 5 | Law Offices of Baron J. Drexel |
|   | 212 Ninth Street, Suite 401 |
| 6 | Oakland, CA 94607 |
|   | 510-444-3184 (phone) |
| 7 | 510-444-3181 (fax) |
| 8 | Attorneys for Plaintiff |
| 9 | **MARK A. JONES**, State Bar #96494 |
|   | **KRISTEN K. PRESTON**, State Bar #125455 |
| 10 | **JONES & DYER** |
|   | A Professional Corporation |
| 11 | 1800 J Street |
|   | Sacramento, California 95811 |
| 12 | Telephone: (916) 552-5959 |
|   | Fax: (916) 442-5959 |
| 13 | |
|   | Attorneys for: Defendants County of Lake, County of Lake Sheriff's Department, |
| 14 | Sheriff Rodney Mitchell and Deputy Richard Ward |
| 15 | **TERENCE J. CASSIDY**,   State Bar #99180 |
|   | **JOHN R. WHITEFLEET**, State Bar #213301 |
| 16 | **PORTER | SCOTT** |
|   | 350 University Avenue, Suite 200 |
| 17 | Sacramento, California 95825 |
|   | Telephone: (916) 929-1481 |
| 18 | Fax: (916) 927-3706 |
| 19 | Attorneys for: Defendant Deputy Paul DeShong |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRENT BECKWAY, | ) | NO. C 07 5072 TEH |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER FOR** |
| | ) | **CONTINUANCE OF CASE** |
| DEPUTY PAUL DESHONG, DOES 1 through 10, | ) | **MANAGEMENT CONFERENCE** |
| inclusive, SHERIFF RODNEY K. MITCHELL, | ) | |
| COUNTY OF LAKE SHERIFF'S DEPARTMENT | ) | |
| and COUNTY OF LAKE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO. C-07-5072 TEH**

- 1 -

1 On June 10, 2010, the Court issued an order granting Defendants' leave to file a motion for reconsideration (Docket No. 100) of the Court's prior Order regarding Defendants' Motion for Judgment on the Pleadings (Docket No. 89). Pursuant to the Court's Order, briefing on the motion for reconsideration was completed on July 7, 2010. To date, the court has not issued its order on Defendants motion for reconsideration.

A Case Management Conference is presently scheduled for August 2, 2010, at 1:30 p.m. The parties believe that it is in the best interest of the parties and more expeditious use of the Court's time to continue the Case Management Conference to a date following the Court's ruling on Defendants' motion for reconsideration.

It is therefore stipulated by and between all the parties to this action by and through their respective attorneys of record that the Case Management Conference scheduled for August 2, 2010 at 1:30 p.m. be continued to August 30, 2010, at 1:30 p.m.

Dated: July 26, 2010.         LAW OFFICES OF CHARLES F. BOURDON

                              By: _____/s/ Charles F. Bourdon_____
                                     CHARLES F. BOURDON
                                     Attorneys for Plaintiff

Dated:  July 26, 2010         LAW OFFICES OF BARON J. DREXEL

                              By:_____/s/ Baron J. Drexel_____
                                     BARON J. DREXEL
                                     Attorney for Plaintiff

Dated: July 26, 2010          JONES & DYER

                              By: _____/s/ Kristen K. Preston_____
                                     KRISTEN PRESTON
                                     Attorneys for Defendants County of County of Lake,
                                     County of Lake Sheriff's Department and Sheriff
                                     Rodney Mitchell, Deputy Richard Ward

Dated: July 26, 2010          PORTER SCOTT

                              By: _____/s/ John R. Whitefleet_____
                                     JOHN R. WHITEFLEET
                                     Attorneys for for Defendant Paul DeShong

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO. C-07-5072 TEH**

- 2 -

1

2 **ORDER**

3 The Court having considered the foregoing stipulation of the parties, and good cause

4 appearing, the Court hereby orders that the Case Management Conference shall be continued to

5 August 30, 2010 at 1:30 p.m.

6 Dated: 7/26/10

HON. THELTON E. HENDERSON
United States Federal Judge

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO. C-07-5072 TEH**

- 3 -