**CHARLES F. BOURDON, State Bar #84782**
**Law Offices of Charles F. Bourdon**
**179 - 11th Street, 2nd Floor**
**San Francisco, CA 94103**
**415-864-5100**
**415-865-0376 (fax)**

**BARON J. DREXEL, State Bar #132529**
**Law Offices of Baron J. Drexel**
**212 Ninth Street, Suite 401**
**Oakland, CA 94607**
**510-444-3184 (phone)**
**510-444-3181 (fax)**

Attorneys for Plaintiff

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**
**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

Attorneys for: Defendants County of Lake, County of Lake Sheriff's Department, Sheriff Rodney Mitchell and Deputy Richard Ward

**TERENCE J. CASSIDY, State Bar #99180**
**JOHN R. WHITEFLEET, State Bar #213301**
**PORTER | SCOTT**
**350 University Avenue, Suite 200**
**Sacramento, California 95825**
**Telephone: (916) 929-1481**
**Fax: (916) 927-3706**

Attorneys for: Defendant Deputy Paul DeShong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br>Plaintiff ,<br>vs.<br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br>Defendants. | NO. C 07 5072 TEH<br>**STIPULATION AND ORDER FOR EXTENSION OF ADR DEADLINE** |

**STIPULATION AND ORDER FOR EXTENSION OF ADR DEADLINE**
**CASE NO. C-07-5072 TEH**

H:\MAJ.cases\Beckway v. Lake County\Pleadings\Stip and Order to extend ADR deadline.wpd

- 1 -

The court held the most recent Case Management Conference in the above matter on August 30, 2010. The court directed the parties to resolve various discovery issues, including setting dates certain for the parties' depositions, and if no resolution could be reached, a further Case Management Conference was set for September 13, 2010 at 1:30 p.m. The parties have reached an agreement with respect to the discovery issues, and the parties filed their further joint Case Management Conference statement on September 3, 2010 reflecting the resolution of the discovery issues. The September 13, 2010 Case Management Conference has been vacated and the next Case Management Conference is set for October 25, 2010 at 1:30 p.m.

The present deadline within which to complete ADR is September 30, 2010. Steven Saltiel of the United States Attorney's Office has been appointed as the mediator for purposes of court ordered ADR. The parties participated in a pre-mediation conference and to assure compliance with the present timeline, the parties scheduled a mediation for September 29, 2010. The parties believe that the mediation will be more meaningful and potentially fruitful if the depositions of plaintiff and the two named defendant officers are completed prior to the mediation. In light of the availability of counsel and deponents, the parties have set the deposition of Deputy Paul DeShong for October 27, 2010, the deposition of Deputy Richard Ward for November 1, 2010 and the deposition of plaintiff for November 10, 2010. The parties stipulate and request that the court continue the ADR cutoff date to January 5, 2011 so that the parties can complete the depositions and then proceed with mediation in December of this year. The parties have discussed with Mr. Saltiel the potential for an early December mediation, and Mr. Saltiel has no objection to continuing the presently scheduled mediation date to a mutually agreeable date in December.

Accordingly, the parties stipulate and request that the court extend the date within which the parties are required to participate in ADR from September 30, 2010 to January 5, 2011.

Dated: September 8, 2010.

LAW OFFICES OF CHARLES F. BOURDON

By: /s/ Charles F. Bourdon
CHARLES F. BOURDON
Attorneys for Plaintiff

Dated: September 8, 2010.

LAW OFFICES OF BARON J. DREXEL

By: /s/ Baron J. Drexel
BARON J. DREXEL
Attorney for Plaintiff

Dated: September 8, 2010.

JONES & DYER

By: /s/ Mark A. Jones
KRISTEN PRESTON
Attorneys for Defendants County of County of Lake, County of Lake Sheriff's Department and Sheriff Rodney Mitchell, Deputy Richard Ward

Dated: September 8, 2010.

PORTER SCOTT

By: /s/ John R. Whitefleet
JOHN R. WHITEFLEET
Attorneys for Defendant Paul DeShong

**ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the last day to complete ADR in this matter is extended from September 30, 2010 to January 5, 2011.

Dated: 09/08/10

DERSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson