Charles F. Bourdon, CBN 84782
Law Offices of Charles F. Bourdon
179 11th St, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Facsimile:  (415) 865.0376
E-mail:  bourdon@msn.com

Baron J. Drexel, CBN 132529
Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, California 94607
Telephone:  (510) 444-3184
Facsimile:   (510) 444-3181
E-mail:       drexlex@sbcglobal.net

Attorneys for Plaintiff Brent Beckway

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Brent Beckway,<br><br>    Plaintiff,<br><br>  vs.<br><br>Deputy Paul DeShong, Does 1 through 10, inclusive, Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake<br><br>    Defendants. | Case No.: C075072<br><br>STIPULATION RE BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON |

Pursuant to Local Rule 6.2,, the parties through undersigned counsel stipulate as follows:

- 1

Stipulation Re Motion for Summary Judgment Briefing Schedule

1. Plaintiff may file his opposition to the pending motions for summary judgment no later than 12:00 p.m., February 22, 2011.

2. Defendants may file their reply papers no later than 12:00 p.m. March 1, 2011.

Date: February 17, 2011        LAW OFFICE OF CHARLES F. BOURDON

By: _____/s/_____
    Charles F. Bourdon
    Attorneys for Plaintiff

Date: February 17, 2011        By:_____/s/_____
    Baron J. Drexel
    Attorneys for Plaintiff

Date: February 17, 2011        JONES & DYER

By:_____/s/_____
    Mark A. Jones or Kristen Preston
    Attorneys for Defendants County of
    Lake, County of Lake Sheriff's Department,
    and Sheriff Rodney Mitchell

Date: February 17, 2011        PORTER | SCOTT

By: _____/d/_____
    John R. Whitefleet
    Attorneys for Defendant Paul Deshong

ORDER

The Court has reviewed the foregoing stipulation and the record and good cause existing, hereby GRANTS the request to extend time, to wit:    Plaintiff's opposition papers to the motion for summary judgment shall be filed no later than February 22, 2010, at 12:00 p.m. and defendants may file their reply papers on March 1, 2010 no later than 12:00 pm.

Executed this 17th day of February, 2011 in San Francisco, California.



_____
Thelton E.
Judge Thelton E. Henderson

IT IS SO ORDERED