IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

          Plaintiff,

v.

DEPUTY PAUL DESHONG, et al.,

          Defendants.

NO. C07-5027 TEH

ORDER RE: FURTHER BRIEFING

     The opposition papers timely filed by Plaintiff on February 22, 2011, fail to make arguments or cite facts showing a genuine issue of material fact for trial. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986). On March 3, 2011, and again on March 7, 2011, Plaintiff lodged documents with the Court "in opposition to defendants' motions for summary judgment." Plaintiff failed to cite specific portions of these documents, which number in the hundreds of pages. It is not this Court's task "to scour the record in search of a genuine issue of triable fact." *Keenan v. Allan*, 91 F.3d 1275, 1279 (9th Cir. 1996) (quotation and citation omitted).

     Plaintiff's efforts to oppose Defendants' motions for summary judgment are wholly inadequate. However, the Court is loathe to punish a client for the blunders of counsel. Accordingly, the hearing scheduled for 10 a.m. on Monday, March 14, 2011, is HEREBY CONTINUED until 10 a.m. on Monday, April 4, 2011. Any briefing Plaintiff wishes to file explaining which facts in the record create a genuine issue of material fact for trial must be filed no later than Tuesday, March 15, 2011. Plaintiff is cautioned against citing broadly to pages of deposition testimony or medical records. Citations must clearly refer to specific lines of text and Plaintiff must explain why these lines of text support his claims. Furthermore, Plaintiff must adhere to the procedures described in Rule 56(c) of the Federal Rules of Civil Procedure.

Defendants may file responses no later than Tuesday, March 22, 2011.

**IT IS SO ORDERED.**

Dated: 3/8/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2