JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendants County of Lake, County of Lake Sheriff's Department, Sheriff Rodney Mitchell and Deputy Richard Ward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENT BECKWAY,<br><br>                Plaintiff,<br><br>vs.<br><br>DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE,<br><br>                Defendants. | NO. C 07 5072 TEH<br><br>**STIPULATION AND ORDER FOR APPEARANCE AT MEDICAL EXAMINATION** |

Pursuant to Federal Rules of Civil Procedure, Rule 35, it is hereby stipulated by and between the parties hereto, by and through their respective counsel, as follows:

    1.    Defendants have requested that the plaintiff appear for a physical examination on Friday, May 13, 2011 at 10:00 a.m. at 1100 Trancas Street, Suite 211, Napa, California, 94558. The requested examination is to be conducted by Joseph McCoy, M.D., a licensed physician whose specialty is orthopedics. Defendants anticipate that the examination will be one and one-half hours in duration. Defendants anticipate that Dr. McCoy will obtain a medical history from Mr. Beckway and will perform a physical examination including reasonable diagnostic procedures excluding x-rays.

2. Plaintiff has agreed to appear for the examination at the designated date, time and location.

3. Following the examination, defendants will provide plaintiff with a report consistent with the requirements of Federal Rules of Civil Procedure, Rule 35.

Dated: April 19, 2011

                                        LAW OFFICES OF CHARLES F. BOURDON

                                        By:    /s/ Charles F. Bourdon
                                                   CHARLES F. BOURDON
                                                     Attorneys for Plaintiff

Dated: April 19, 2011

                                        LAW OFFICES OF BARON J. DREXEL

                                        By:    /s/ Baron J. Drexel
                                                   BARON J. DREXEL
                                                     Attorney for Plaintiff

Dated: April 19, 2011

                                        JONES & DYER

                                        By:    /s/ Mark A. Jones
                                                   MARK A. JONES
                                                   KRISTEN K. PRESTON
                                                   Attorneys for Defendants County of Lake,
                                                   County of Lake Sheriff's Department, and
                                                   Sheriff Rodney Mitchell

Dated: April 19, 2011                      PORTER | SCOTT

                                        By:    /s/ John R. Whitefleet
                                                   JOHN R. WHITEFLEET
                                                   Attorneys for Defendant Paul Deshong

**ORDER**

Pursuant to the stipulation, it is so ordered.

Dated: 04/20/2011

_____
HON. Judge Thelton E. Henderson