UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

    Plaintiff,

v.

DEPUTY PAUL DESHONG, et al.

    Defendants.

No.   C07-05072-TEH (EDL)

**SECOND ORDER FOLLOWING IN CAMERA REVIEW**

On September 19, 2011, following an *in camera* review, this Court ordered the production of certain of the County of Lake's police records. Subsequently, it has been brought to the Court's attention that nine pages encompassed by the Court's order (Lake 1219-1227) were not previously produced to the Court for review and should not have been included in the Order. The Court will review the additional nine pages *in camera* and determine in a separate Order whether or not they should be produced. Until that time, the County is excused from producing Lake 1219-1227. The remainder of the documents included in the Court's prior Order shall be produced to Plaintiff's counsel immediately.

Dated: October 4, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge