UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

       Plaintiff,

       v.

DEPUTY PAUL DESHONG, et al.

       Defendants.

No.   C07-05072-TEH (EDL)

**THIRD ORDER FOLLOWING IN CAMERA REVIEW**

On September 19, 2011, following an *in camera* review, this Court ordered the production of certain of the County of Lake's police records. Subsequently, it has been brought to the Court's attention that nine pages encompassed by the Court's order (Lake 1219-1227) were not previously produced to the Court for review and should not have been included in the Order. The County has now produced the nine pages of documents in question for *in camera* review, but contends that they need not be produced. Having reviewed these additional documents, the Court orders as follows:

- Lake 1219-1220 reflect internal affairs investigations from 1999 and 2000 (over five years prior to the incident) that are unrelated to Ward or DeShong. These need not be produced.

- Lake 1221-1225 are duplicative of Lake 1031-1035, which have been ordered produced with appropriate redaction. These duplicates need not be produced.

- Lake 1226 reflects 2007 internal investigations, including: (1) one involving DeShong which ultimately led to his termination, and (2) one involving Ward. As the Court has previously determined that documents relating to DeShong's termination need not be produced, and complaints after the incident involving Plaintiff are not encompassed by the Court's Order, this document need not be produced.

- Lake 1227 relates to complaints of excessive force from 2008 to 2011, long after the incident involving Plaintiff, and do not involve Ward or DeShong. This document need not be produced.

1   The Court's prior Order Following In Camera Review at page five, line 16 is amended to
2   exclude documents labeled Lake 1219-1227 from those ordered to be produced.

4   Dated: October 12, 2011

    *Elizabeth D. Laporte*

6   ELIZABETH D. LAPORTE
    United States Magistrate Judge