1  **CHARLES F. BOURDON, State Bar #84782**
   **Law Offices of Charles F. Bourdon**
2  **179 - 11th Street, 2nd Floor**
   **San Francisco, CA 94103**
3  **415-864-5100**
   **415-865-0376 (fax**)
4
   **BARON J. DREXEL, State Bar #132529**
5  **Law Offices of Baron J. Drexel**
   **212 Ninth Street, Suite 401**
6  **Oakland, CA 94607**
   **510-444-3184 (phone)**
7  **510-444-3181 (fax)**

8  Attorneys for Plaintiff

9  **MARK A. JONES, State Bar #96494**
   **KRISTEN K. PRESTON, State Bar #125455**
10 **JONES & DYER**
   **A Professional Corporation**
11 **1800 J Street**
   **Sacramento, California 95811**
12 **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
13
   Attorneys for:  Defendants County of Lake, County of Lake Sheriff's Department,
14                 Sheriff Rodney Mitchell and Deputy Richard Ward

15 **TERENCE J. CASSIDY,    State Bar #99180**
   **JOHN R. WHITEFLEET, State Bar #213301**
16 **PORTER | SCOTT**
   **350 University Avenue, Suite 200**
17 **Sacramento, California 95825**
   **Telephone: (916) 929-1481**
18 **Fax: (916) 927-3706**

19 Attorneys for: Defendant Deputy Paul DeShong

20
                        UNITED STATES DISTRICT COURT
21
              NORTHERN DISTRICT OF CALIFORNIA,  SAN FRANCISCO DIVISION
22

| | |
|---|---|
| BRENT BECKWAY, | ) NO.  C 07 5072 TEH |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) |
| DEPUTY PAUL DESHONG, DOES 1 through 10, inclusive, SHERIFF RODNEY K. MITCHELL, COUNTY OF LAKE SHERIFF'S DEPARTMENT and COUNTY OF LAKE, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER RE DISMISSAL OF CLAIMS**
**CASE NO. C-07-5072 TEH**

- 1 -

On October 2, 2007, the plaintiff filed a complaint and demand for trial by jury in this case, identifying as defendants Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department, and County of Lake. (Docket #1) Pursuant to prior order of this court, plaintiff's claims against the Lake County Sheriff's Department were dismissed on the basis that the Sheriff's Department is not a proper defendant to a section 1983 claim. (Docket #11, Section IV, at page 9 and following.)

Plaintiff has agreed to dismiss his claims against defendant Sheriff Rodney K. Mitchell and County of Lake in exchange for the agreement of defendants Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake to waive their rights to recovery of litigation costs.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation, by and through their respective attorneys of record, that the plaintiff's claims against Sheriff Rodney K. Mitchell and County of Lake be dismissed with prejudice.

IT IS FURTHER STIPULATED by and between all parties to this stipulation, through their respective attorneys of record, that defendants Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake waive their rights to recover litigation costs against the plaintiff herein.

Dated: November 7, 2011

LAW OFFICES OF CHARLES F. BOURDON

By: /s/ Charles F. Bourdon
CHARLES F. BOURDON
BARON J. DREXEL
Attorneys for Plaintiff

Dated: November 7, 2011

JONES & DYER

By: /s/ Mark A. Jones
KRISTEN PRESTON
Attorneys for Defendants County of County of Lake,
County of Lake Sheriff's Department and Sheriff
Rodney Mitchell, Deputy Richard Ward

**STIPULATION AND ORDER RE DISMISSAL OF CLAIMS**
**CASE NO. C-07-5072 TEH**

1  Dated: November 7, 2011
                                        PORTER SCOTT
2

3                                       By:    /s/ John R. Whitefleet
                                               JOHN R. WHITEFLEET
4                                              Attorneys for Defendant Paul DeShong

5

6

7                                            **ORDER**

8       The Court, having considered the foregoing stipulation of the parties, and good cause

9  appearing therefor, the Court hereby orders that plaintiff's claims against Sheriff Rodney K. Mitchell

10 and County of Lake be, and are hereby dismissed, with prejudice.  The court further orders that, by

11 stipulation, the defendants County of Lake, County of Lake Sheriff's Department, and Sheriff

12 Rodney K. Mitchell are precluded from recovery of costs of litigation on the basis of this Court's

13 dismissal of plaintiff's claims against defendant Sheriff Rodney K. Mitchell, County of Lake

14 Sheriff's Department and County of Lake.

15

16 Dated: 11/08/2011                          _____
                                              Judge Thelton E. Henderson
                                              UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA

---

**STIPULATION AND ORDER RE DISMISSAL OF CLAIMS**
**CASE NO. C-07-5072 TEH**

- 3 -