1   CHARLES F. BOURDON, State Bar #84782
    Law Offices of Charles F. Bourdon
2   179 - 11th Street, 2nd Floor
    San Francisco, CA 94103
3   415-864-5100
    415-865-0376 (fax)
4
    BARON J. DREXEL, State Bar #132529
5   Law Offices of Baron J. Drexel
    212 Ninth Street, Suite 401
6   Oakland, CA 94607
    510-444-3184 (phone)
7   510-444-3181 (fax)

8   Attorneys for Plaintiff

9   MARK A. JONES, State Bar #96494
    KRISTEN K. PRESTON, State Bar #125455
10  JONES & DYER
    A Professional Corporation
11  1800 J Street
    Sacramento, California 95811
12  Telephone: (916) 552-5959
    Fax: (916) 442-5959
13
    Attorneys for Defendant Deputy Richard Ward
14
    TERENCE J. CASSIDY, State Bar #99180
15  JOHN R. WHITEFLEET, State Bar #213301
    PORTER | SCOTT
16  350 University Avenue, Suite 200
    Sacramento, California 95825
17  Telephone: (916) 929-1481
    Fax: (916) 927-3706
18
    Attorneys for Defendant Deputy Paul DeShong
19

20

21                     UNITED STATES DISTRICT COURT

22           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

23  BRENT BECKWAY,                          ) NO. C 07 5072 TEH
                           Plaintiff,       )
24  vs.                                     ) **STIPULATION AND ORDER FOR**
                                            ) **DISMISSAL OF STATE LAW CLAIMS**
25  DEPUTY PAUL DESHONG, DOES 1 through 10, )
    inclusive, SHERIFF RODNEY K. MITCHELL,  )
26  COUNTY OF LAKE SHERIFF'S DEPARTMENT     )
    and COUNTY OF LAKE,                     )
27                                          )
                           Defendants.      )
28  _____     )

**STIPULATION AND ORDER FOR DISMISSAL OF STATE LAW CLAIMS**
**CASE NO. C-07-5072 TEH**

- 1 -

It is hereby stipulated by and between the parties, by and through their respective counsel, as follows:

1. On October 2, 2007, the plaintiff filed a complaint and demand for trial by jury in this case, setting forth six causes of action, including the first cause of action brought pursuant to 42 U.S.C. section 1983, and five causes of action based in California state law. Specifically, the claims based on state law include a second cause of action for battery, a third cause of action for false arrest and illegal imprisonment, a fourth cause of action for negligence, a fifth cause of action for intentional infliction of emotional distress and a sixth cause of action for negligent infliction of emotional distress (the "State Law Claims"). The court ordered that plaintiff's cause of action for false arrest be dismissed as to all defendants. (Docket No. 89). The court also ordered that plaintiff's claims against the Lake County Sheriff's Department be dismissed on the basis that the Sheriff's Department is not a proper defendant to a Section 1983 claim. (Docket No. 11). The court, pursuant to stipulation of the parties, ordered that plaintiff's claims against the County of Lake and Sheriff Rodney K. Mitchell be dismissed with prejudice. (Docket No. 228).

2. Plaintiff has agreed to dismiss all remaining State Law Claims against the remaining defendants, Richard Ward and Paul DeShong. Specifically, plaintiff agrees to dismiss the second, fourth, fifth and sixth causes of action in exchange for the agreement of defendants Richard Ward and Paul DeShong to waive their right to recovery of litigation costs relating to the remaining State Law Claims.

3. IT IS THEREFORE STIPULATED BY AND BETWEEN ALL PARTIES to this stipulation, by and through their respective attorneys of record, that the plaintiff's remaining State Law Claims, including the second, fourth, fifth and sixth causes of action of the Complaint, be dismissed with prejudice. The parties further stipulate that the trial of this matter shall proceed on the sole federal claim set forth in plaintiff's first cause of action based upon an alleged violation of plaintiff's 4th Amendment rights.

4. IT IS FURTHER STIPULATED BY AND BETWEEN ALL PARTIES to this stipulation, by and through their respective attorneys of record, that defendants Richard Ward and Paul DeShong waive their right to recover litigation costs relating to the State Law Claims set forth in the Complaint.

1  Dated: January 6, 2012   LAW OFFICES OF BARON J. DREXEL
                            LAW OFFICES OF CHARLES F. BOURDON


                            By:    //s// Baron J. Drexel
                                   BARON J. DREXEL
                                   CHARLES F. BOURDON
                                   Attorneys for Plaintiff

6  Dated: January 6, 2012

                            JONES & DYER


                            By:    //s// Mark A. Jones
                                   MARK A. JONES
                                   KRISTEN K. PRESTON
                                   Attorneys for Defendant Deputy Richard Ward

12 Dated: January 6, 2012   PORTER SCOTT
                            A PROFESSIONAL CORPORATION


                            By    //s// John R. Whitefleet
                                   TERENCE J. CASSIDY
                                   JOHN R. WHITEFLEET
                                   Attorney for Defendant Deputy Paul DeShong


## ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefore, hereby order that plaintiff's State Law Claims set forth in plaintiff's second, fourth, fifth and sixth causes of action be, and hereby are, dismissed with prejudice.

The Court further orders that, by stipulation, defendants Richard Ward and Paul DeShong are precluded from recovery of costs of litigation relating to plaintiff's State Law Claims on the basis of this Court's dismissal of plaintiff's State Law Claims with prejudice. Trial in this matter shall proceed on the first cause of action only, namely plaintiff's federal law claim of alleged violation of plaintiff's 4th Amendment rights.

///

///

1 | Pursuant to stipulation, it is so ordered.

3 | Dated: 01/10/2012

Judge Thelton E. Henderson

---

**STIPULATION AND ORDER FOR DISMISSAL OF STATE LAW CLAIMS**
**CASE NO. C-07-5072 TEH**

H:\MAJ.cases\Beckway v. Lake County\TRIAL\Stipulation re Dismissal of State law claims 1-6-12.wpd

- 4 -