IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENT BECKWAY,

           Plaintiff,

       v.

DEPUTY PAUL DESHONG, et al.,

           Defendants.

NO. C07-5072 TEH

ORDER REGARDING OBJECTIONS TO AWARD OF COSTS

On February 28, 2012, Plaintiff lodged his objections to the bills of costs submitted by Defendants in this matter. While objections to bills of costs are considered in the course of completing a taxation of costs under Civil Local Rule 54, the content of Plaintiff's motion suggests that Plaintiff further intended his filing to constitute a motion to deny the award of costs in this matter.

Should this indeed be Plaintiff's intent, the Court directs Plaintiff to file the appropriate Motion to Deny Costs with the Court no later than **Monday, April 2, 2012**, with responses from Defendants to be due on **Monday, April 16, 2012** and any reply from Plaintiff filed on or before **Monday, April 23, 2012**.

**IT IS SO ORDERED.**

Dated: 3/27/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT