Baron J. Drexel, CBN 132529
Law Offices of Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, California 94607
Telephone: (510) 444-3184
Facsimile: (510) 444-3181
E-mail: drexlex@sbcglobal.net

Co-Counsel for Plaintiff Brent Beckway

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| Brent Beckway,<br><br>         Plaintiff,<br><br>    vs.<br><br>Deputy Paul DeShong, Does 1 through 10, inclusive, Sheriff Rodney K. Mitchell, County of Lake Sheriff's Department and County of Lake<br><br>         Defendants. | Case No.: C075072<br><br>STIPULATED REQUEST TO WITHDRAW DOCUMENT AND PERMIT FILING OF NEW DECLARATION AND ORDER THEREON |

Pursuant to Local Rule 7-11, the parties, through undersigned counsel, stipulate: (1) that the document at Docket No. 324-1 be withdrawn and removed from the docket and (2) Plaintiff be permitted to file a declaration to replace the withdrawn document. The parties so stipulate to avoid dispute over the contents of paragraph 7 in said document.

Date: April 10, 2012                              By:_____/s/_____
                                                                    Baron J. Drexel
                                                       Co-Counsel for Plaintiff Beckway

- 1 -

Stipulation Re Withdrawal of Document

Date:  April 11, 2012					By:_____/s/_____
							Mark A. Jones
							Attorney for Defendant Ward

Date:  April 11, 2012					By: _____/s/_____
							John R. Whitefleet
							Attorney for Defendant Deshong

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  April 11, 2012

_____
Judge Thelton E. Henderson

- 2 -

Stipulation Re Withdrawal of Document